**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM  1**

TAKAOKAYA USA, INC.,

                                        **Plaintiff,**

    **v.**

**UNITED STATES,**

                                        **Defendant.**

**S U M M O N S**

**Court No. 24-00213**

**TO:**    The Attorney General and the Secretary of Homeland Security:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                                        **/s/ Mario Toscano**
                                        Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Los Angeles/Long Beach (2704) | Center (if known): | |
| Protest Number: | No. 270424170114 | Date Protest Filed: | May 29, 2024 |
| Importer: | TAKAOKAYA USA, INC. | Date Protest Denied: | June 5, 2024 |
| Category of Merchandise: | Classified at liquidation as 2008.99.9190 | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| HG410306382 | 11/20/2023 | 02/02/2024 | | | |
| HG410306424 | 11/21/2023 | 02/02/2024 | | | |
| | | | | | |
| | | | | | |

William D. Johnson
Johnson & Associates
350 S Figueroa St, Suite 190, Los Angeles, CA 90071
(213) 621-3000
johnson@LosLaw.com

**Name, Address, Telephone Number**
**and E-mail Address of Plaintiff's Attorney**

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Dried Nori seaweed | 2008.99.9190 | 6% | 1212.21.00 | 0% |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Classification of the subject merchandise and the rate of duties charged |

| |
|---|
| The issue which was common to all such denied protests: The correct classification of the subject merchandise. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_e/William Johnson_

_Signature of Plaintiff's Attorney_

November 27, 2024

_Date_

## SCHEDULE OF PROTESTS

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270424170114 | May 29, 2024 | June 5, 2024 | HG410306382 | 11/20/2023 | 02/02/2024 | 2704 |
| | | | HG410306424 | 11/21/2023 | 02/02/2024 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)